## Commonwealth v. Chesapeake & Ohio Railway Company.

(Decided October 16, 1925.)

### Appeal from Clark Circuit Court.

FRANK E. DAUGHERTY, Attorney General, and W. J. BAXTER, Commonwealth Attorney, for appellant.

BENTON & DAVIS for appellee.

Opinion of the Court by Judge Dietzman—Affirming.

This is a companion case to that of Commonwealth v. Louisville and Nashville Railroad Company, 210 Ky. 629, 275 S. W. —.   For the reasons stated in that case, this case is affirmed.